THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDY PROPERTIES LLC**                                                                                      **PLAINTIFF**

v.                                 **Case No. 4:23-cv-00970-KGB**

**RED RIVER MANUFACTURING LLC,** *et al.*                                            **DEFENDANTS**

## ORDER

Before the Court is the motion filed by defendants Red River Manufacturing, LLC, Michael A. Davolt, Michael W. Jones, and Steel Jaw Fabricators, LLC ("Moving Defendants") for an extension of 30 days to file a response to plaintiff's motion to amend and join a new party (Dkt. No. 28). Moving Defendants' current deadline to respond to that motion is January 19, 2024 (*Id.*, ¶ 3). Moving Defendants state that they are interested in using the time to explore the possibility of an early resolution and that their lead counsel is preparing for a trial that will begin on January 16, 2024 (*Id.*, ¶¶ 4, 5). Moving Defendants represent that plaintiff consents to the requested extension (*Id.*, ¶ 8). For good cause shown, the Court grants Moving Defendants' motion for extension (Dkt. No. 28). The deadline for Moving Defendants to respond to plaintiff's motion to amend and join a new party is extended to, and includes, February 19, 2024.

It is so ordered this 17th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge